MARK JOSEPH KENNEY (State Bar No. 87345)
BRIAN S. WHITTEMORE (State Bar No. 241631)
bsw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JIMENEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., organized and existing under laws of the United States, RECONTRUST COMPANY, N.A., is organized and exists under the laws of the State of Texas,<br><br>Defendants. | Case No.: CV12-0104-SI<br><br>**DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: May 25, 2012<br>Time: 2:30 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>Complaint Date: January 5, 2012<br>Trial Date: None Set |

Defendants BANK OF AMERICA, N.A. and RECONTRUST COMPANY, N.A.("Defendants") respectfully request that this Court continue the Initial Case Management Conference now set for May 25, 2012 and all associated deadlines (Doc. 8). Defendants request the Initial Case Management Conference be continued until after the Motion to Dismiss Plaintiff's Complaint (Doc. 10), as this case is not yet at issue.

This Court ordered that Defendant's Motion to Dismiss be vacated while ADR is explored. (Doc. 11.) An ADR Phone Conference is set for May 16, 2012. (Doc. 12.) Defendant

seeks time to allow the ADR process to process to proceed and, if necessary, re-notice its motion to dismiss prior to the initial Case Management Conference in this matter..

    Accordingly, Defendants respectfully request that this Court continue the Initial Case Management Conference, and all associated deadlines, to a future date sufficient to allow Defendants' Motion to Dismiss to be heard.

DATED: May 14, 2012

SEVERSON & WERSON

A Professional Corporation

By: /s/ Brian S. Whittemore
        Brian S. Whittemore

Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.



IT IS SO ORDERED
Judge Susan Illston

The initial case management conference is continued to July 13, 2012, at 2:30 p.m.

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on all interested parties in said case addressed as follows:

Jaime Jimenez                                        ***Plaintiff, Pro Per***
2433 Downer Avenue
Richmond, CA 94804

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on May 14, 2012.

/s/ Chilly Kada
Chilly Kada