1  MARK JOSEPH KENNEY (State Bar No. 87345)
   BRIAN S. WHITTEMORE (State Bar No. 241631)
2  bsw@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendants
   BANK OF AMERICA, N.A. and
7  RECONTRUST COMPANY, N.A.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 JAIME JIMENEZ,                          Case No.:  CV12-0104-SI

12          Plaintiff,                      **DEFENDANTS' REQUEST TO
                                            CONTINUE INITIAL CASE
13     vs.                                  MANAGEMENT CONFERENCE**

14 BANK OF AMERICA, N.A., organized and     Hearing Date:  May 25, 2012
   existing under laws of the United States, Time:  2:30 p.m.
15 RECONTRUST COMPANY, N.A., is             Courtroom:  10, 19th Floor
   organized and exists under the laws of the State  Judge:  Hon. Susan Illston
16 of Texas,

17          Defendants.                     Complaint Date:  January 5, 2012
                                            Trial Date:  None Set
18

19

20

21          Defendants BANK OF AMERICA, N.A. and RECONTRUST COMPANY,

22 N.A.("Defendants") respectfully request that this Court continue the Initial Case Management

23 Conference now set for May 25, 2012 and all associated deadlines (Doc. 8).  Defendants request

24 the Initial Case Management Conference be continued until after the Motion to Dismiss

25 Plaintiff's Complaint (Doc. 10), as this case is not yet at issue.

26          This Court ordered that Defendant's Motion to Dismiss be vacated while ADR is

27 explored.  (Doc. 11.)  An ADR Phone Conference is set for May 16, 2012.  (Doc. 12.)  Defendant

28

   ./.1

1 | seeks time to allow the ADR process to process to proceed and, if necessary, re-notice its motion
2 | to dismiss prior to the initial Case Management Conference in this matter..
3 |         Accordingly, Defendants respectfully request that this Court continue the Initial Case
4 | Management Conference, and all associated deadlines, to a future date sufficient to allow
5 | Defendants' Motion to Dismiss to be heard.
6 | DATED: May 14, 2012                              SEVERSON & WERSON
7 |                                                  A Professional Corporation
8 |
9 |                                                  By:/s/ Brian S. Whittemore
                                                          Brian S. Whittemore
10 |
11 |                                                 Attorneys for Defendants
                                                    BANK OF AMERICA, N.A. and
12 |                                                 RECONTRUST COMPANY, N.A.



IT IS SO ORDERED
Judge Susan Illston

18 | The initial case management conference is continued to July 13, 2012, at 2:30 p.m.

## CERTIFICATE OF SERVICE

1

2      I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I
am employed in the City of San Francisco, California; my business address is Severson &

3  Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

4      On the date below I served a copy, with all exhibits, of the following document(s):

5  **DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT
CONTINUE**

6

7  on all interested parties in said case addressed as follows:

Jaime Jimenez                        ***Plaintiff, Pro Per***
8  2433 Downer Avenue
Richmond, CA 94804

9

10  ☒ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary
business practices.  I am readily familiar with the firm's practice of collecting and processing

11  correspondence for mailing.  On the same day that correspondence is placed for collection and
mailing, it is deposited in the ordinary course of business with the United States Postal Service in
San Francisco, California in sealed envelopes with postage fully prepaid.

12

13      I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of

14  this Court at whose direction the service was made.  This declaration is executed in San
Francisco, California, on May 14, 2012.

15

16                                      /s/  Chilly Kada
                                         Chilly Kada

17

18

19

20

21

22

23

24

25

26

27

28