IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JIMENEZ, | No. C 12-0104 SI |
|     Plaintiff, | **ORDER STAYING CASE** |
|     v. | |
| BANK OF AMERICA, N.A., and RECONTRUST COMPANY, N.A., | |
|     Defendants. | |

On June 28, 2012, plaintiff in this foreclosure-related action filed for Chapter 7 bankruptcy. *See* Doc. 16. Due to plaintiff's filing for bankruptcy, this case is STAYED pending further order of the Court upon request from the parties.

**IT IS SO ORDERED.**

Dated: July 12, 2012

SUSAN ILLSTON
United States District Judge