United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME JIMENEZ,

    Plaintiff,

v.

BANK OF AMERICA, N.A., and
RECONTRUST COMPANY, N.A.,

    Defendants.
                                   /

No. C 12-0104 SI

**ORDER STAYING CASE**

On June 28, 2012, plaintiff in this foreclosure-related action filed for Chapter 7 bankruptcy. *See* Doc. 16. Due to plaintiff's filing for bankruptcy, this case is STAYED pending further order of the Court upon request from the parties.

**IT IS SO ORDERED.**

Dated: July 12, 2012

                                                SUSAN ILLSTON
                                                United States District Judge