IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JIMENEZ, | No. C 12-0104 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BANK OF AMERICA, N.A., and RECONTRUST COMPANY, N.A., | |
| Defendants. | |

For the reasons stated on the record at the March 1, 2013, hearing, the Court dismissed this case without prejudice due to plaintiff's failure to prosecute. Accordingly, the Court hereby enters judgment against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 4, 2013

SUSAN ILLSTON
United States District Judge